## W. J. ROEBUCK v. BOARD OF TRUSTEES OF ROBERSONVILLE GRADED SCHOOL DISTRICT.

### (Filed 13 September, 1922.)

**Appeal and Error—Agreements—Amendments—Remanding Case—School Districts—Elections.**

On the appeal of this suit to restrain the issuance of bonds for the erection of schoolhouses, a material fact was omitted from the case agreed, as to whether the question was carried by a majority of the qualified voters at an election in the district, which the Supreme Court permits the parties to supply, under the alternative of remanding the case for the finding of additional facts.

APPEAL by defendants from *Connor, J.*, at chambers, August, 1922, from MARTIN.

PER CURIAM. It not appearing from the record whether the election, here called in question, was carried by a majority of the qualified voters resident in the district—and this being one of the controverted matters raised by the pleadings—the parties will be given an opportunity to supply the omission by amending their agreed statement of facts and file same in this court on or before 1 October, 1922, failing in which, the cause will be remanded, to the end that such additional facts may be found.